NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,**
*Appellant*

v.

**ARIOSA DIAGNOSTICS, INC.,**
*Appellee*

---

2015-1413

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00308.

---

**ON MOTION**

---

**O R D E R**

Ariosa Diagnostics, Inc. moves for a sixty-day extension of time, until August 17, 2015, to file its responsive brief. The Board of Trustees of the Leland Stanford Junior University opposes a 60-day extension but consents to a 30-day extension. Ariosa replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21